**Philadelphia Corp. for Aging**
642 N. Broad st
Philadelphia, PA 19130

| Pay Group: | PCA-PCA Pay Group | Business Unit: | PCA01 |
|---|---|---|---|
| Pay Begin Date: | 04/28/2018 | Advice #: | 000000000309720 |
| Pay End Date: | 05/11/2018 | Advice Date: | 05/11/2018 |

Constance Nechel Lewis-Watson
180 Widener Street
Philadelphia, PA 19120

| Employee ID: | 01225 |
|---|---|
| Department: | 079120S-LTCW 12-Care Mgr Supervisor |
| Location: | Main Office |
| Job Title: | Service Coordinator Supervisor |
| Pay Rate: | $74,318.08 Annual |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 4 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 38.111837 | 75.00 | 2,858.39 | 720.00 | 27,418.12 |
| Speakers Outreach Program | | | 143.00 | | 423.50 |
| Special Project - LTCO | | | 175.00 | | 425.00 |
| Gift Card - Gross up w / Taxes | | | 0.00 | | 7.00 |
| Gift Card - Imputed Income | | | 0.00 | | 50.00 |
| Holiday Hours | | | 0.00 | 30.00 | 1,137.75 |
| On-Call - LTCO | | | 0.00 | | 388.58 |
| Local Travel Exp Reimbursement | | | 0.00 | | 102.76 |
| Travel - Outreach Program | | | 0.00 | | 30.07 |
| **Total:** | | **75.00** | **3,212.91** | **750.00** | **29,932.78** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 317.87 | 2,871.13 |
| Fed MED/EE | 44.01 | 412.23 |
| Fed OASDI/EE | 188.20 | 1,762.64 |
| PA Unempl EE | 1.82 | 17.06 |
| PA Withholding | 92.84 | 869.66 |
| PA PHILA Withholding | 123.58 | 1,161.37 |
| **Total:** | **768.32** | **7,094.09** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Before Tax | 103.24 | 1,032.40 |
| Dental | 4.00 | 40.00 |
| 403B - Pennserv | 100.00 | 1,000.00 |
| Health Care FSA | 45.00 | 450.00 |
| **Total:** | **252.24** | **2,522.40** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Before Tax | 550.46 | 5,504.60 |
| Dental | 31.13 | 311.30 |
| Vision | 2.64 | 26.40 |
| Prescription Drug Plan | 71.28 | 712.80 |
| Group Term Life | 17.47 | 157.23 |
| Group Term Life* | 11.35 | 102.15 |
| PCA Pension Plan | 349.40 | 3,277.22 |
| Employee Assistance Program | 0.00 | 8.80 |
| Life AD&D | 0.00 | 139.72 |
| Long Term Disability | 0.00 | 225.44 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,212.91 | 2,935.50 | 768.32 | 252.24 | 2,192.35 |
| YTD: | 29,932.78 | 27,429.70 | 7,094.09 | 2,522.40 | 20,316.29 |

**NET PAY DISTRIBUTION**
| Advice #000000000309720 | 2,192.35 |
|---|---|
| Total: | 2,192.35 |

---

MESSAGE:

Philadelphia Corp. for Aging
642 N. Broad st
Philadelphia, PA 19130

Date: 05/11/2018

Advice No. 309720

Deposit Amount: $2,192.35

To The Account(s) Of

CONSTANCE NECHEL LEWIS-WATSON
180 Widener Street
Philadelphia, PA 19120

Location: Main Office

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ████████ | 2,192.35 |
| Total: | | 2,192.35 |

# NON-NEGOTIABLE

**Philadelphia Corp. for Aging**
642 N. Broad st
Philadelphia, PA 19130

| | |
|---|---|
| Pay Group: | PCA-PCA Pay Group |
| Pay Begin Date: | 04/14/2018 |
| Pay End Date: | 04/27/2018 |

| | |
|---|---|
| Business Unit: | PCA01 |
| Advice #: | 000000000309073 |
| Advice Date: | 04/27/2018 |

Constance Nechel Lewis-Watson
180 Widener Street
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 01225 |
| Department: | 079120S-LTCW 12-Care Mgr Supervisor |
| Location: | Main Office |
| Job Title: | Service Coordinator Supervisor |
| Pay Rate: | $74,318.08 Annual |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 4 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 38.11183 | 75.00 | 2,858.39 | 645.00 | 24,559.73 |
| Special Project - LTCO | | | 175.00 | | 250.00 |
| Speakers Outreach Program | | | 104.50 | | 280.50 |
| Gift Card - Gross up w / Taxes | | | 0.00 | | 7.00 |
| Gift Card - Imputed Income | | | 0.00 | | 50.00 |
| Holiday Hours | | | 0.00 | 30.00 | 1,137.75 |
| On-Call - LTCO | | | 0.00 | | 388.58 |
| Local Travel Exp Reimbursement | | | 0.00 | | 74.42 |
| Travel - Outreach Program | | | 0.00 | | 21.89 |
| | | | | | |
| **Total:** | | **75.00** | **3,140.07** | **675.00** | **26,719.87** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 309.40 | 2,553.26 |
| Fed MED/EE | 43.46 | 368.22 |
| Fed OASDI/EE | 185.81 | 1,574.44 |
| PA Unempl EE | 1.80 | 15.24 |
| PA Withholding | 91.66 | 776.82 |
| PA PHILA Withholding | 122.09 | 1,037.79 |
| | | |
| **Total:** | **754.22** | **6,325.77** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Before Tax | 103.24 | 929.16 |
| Dental | 4.00 | 36.00 |
| 403B - Pennserv | 100.00 | 900.00 |
| Health Care FSA | 45.00 | 405.00 |
| | | |
| **Total:** | **252.24** | **2,270.16** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Before Tax | 550.46 | 4,954.14 |
| Dental | 31.13 | 280.17 |
| Vision | 2.64 | 23.76 |
| Prescription Drug Plan | 71.28 | 641.52 |
| Employee Assistance Program | 2.20 | 8.80 |
| Group Term Life | 17.47 | 139.76 |
| Group Term Life* | 11.35 | 90.80 |
| Life AD&D | 34.93 | 139.72 |
| Long Term Disability | 56.36 | 225.44 |
| PCA Pension Plan | 345.17 | 2,927.82 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,140.07 | 2,897.00 | 754.22 | 252.24 | 2,133.61 |
| YTD: | 26,719.87 | 24,494.20 | 6,325.77 | 2,270.16 | 18,123.94 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #0000000000309073 | 2,133.61 |
| **Total:** | **2,133.61** |

---

MESSAGE:

Philadelphia Corp. for Aging
642 N. Broad st
Philadelphia, PA 19130

Date: 04/27/2018

Advice No. 309073

Deposit Amount: $2,133.61

To The Account(s) Of

CONSTANCE NECHEL LEWIS-WATSON
180 Widener Street
Philadelphia, PA 19120

Location: Main Office

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | ●●●●●●●●● | 2,133.61 |
| | | |
| **Total:** | | **2,133.61** |

## NON-NEGOTIABLE

**Philadelphia Corp. for Aging**
642 N. Broad st
Philadelphia, PA 19130

| Pay Group: | PCA-PCA Pay Group |
|---|---|
| Pay Begin Date: | 03/31/2018 |
| Pay End Date: | 04/13/2018 |

| Business Unit: | PCA01 |
|---|---|
| Advice #: | 000000000308426 |
| Advice Date: | 04/13/2018 |

Constance Nechel Lewis-Watson
180 Widener Street
Philadelphia, PA 19120

| Employee ID: | 01225 |
|---|---|
| Department: | 079120S-LTCW 12-Care Mgr Supervisor |
| Location: | Main Office |
| Job Title: | Service Coordinator Supervisor |
| Pay Rate: | $74,318.08 Annual |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 4 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 38.11183 | 75.00 | 2,858.39 | 570.00 | 21,701.34 |
| Special Project - LTCO | | | 75.00 | | 75.00 |
| Speakers Outreach Program | | | 82.50 | | 176.00 |
| Gift Card - Gross up w/ Taxes | | | 0.00 | | 7.00 |
| Gift Card - Imputed Income | | | 0.00 | | 50.00 |
| Holiday Hours | | | 0.00 | 30.00 | 1,137.75 |
| On-Call - LTCO | | | 0.00 | | 388.58 |
| Local Travel Exp Reimbursement | | | 0.00 | | 74.42 |
| Travel - Outreach Program | | | 0.00 | | 19.71 |
| **Total:** | | **75.00** | **3,053.63** | **600.00** | **23,579.80** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 282.56 | 2,243.86 |
| Fed MED/EE | 41.69 | 324.76 |
| Fed OASDI/EE | 178.25 | 1,388.63 |
| PA Unempl EE | 1.73 | 13.44 |
| PA Withholding | 87.91 | 685.16 |
| PA PHILA Withholding | 117.34 | 915.70 |
| **Total:** | **709.48** | **5,571.55** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Before Tax | 103.24 | 825.92 |
| Dental | 4.00 | 32.00 |
| 403B - Pennserv | 100.00 | 800.00 |
| Health Care FSA | 45.00 | 360.00 |
| **Total:** | **252.24** | **2,017.92** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Before Tax | 550.46 | 4,403.68 |
| Dental | 31.13 | 249.04 |
| Vision | 2.64 | 21.12 |
| Prescription Drug Plan | 71.28 | 570.24 |
| Group Term Life | 17.47 | 122.29 |
| Group Term Life* | 11.35 | 79.45 |
| PCA Pension Plan | 331.75 | 2,582.65 |
| Employee Assistance Program | 0.00 | 6.60 |
| Life AD&D | 0.00 | 104.79 |
| Long Term Disability | 0.00 | 169.08 |

* Taxable

### TOTAL GROSS / FED TAXABLE GROSS / TOTAL TAXES / TOTAL DEDUCTIONS / NET PAY

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,053.63 | 2,775.00 | 709.48 | 252.24 | 2,091.91 |
| YTD: | 23,579.80 | 21,597.20 | 5,571.55 | 2,017.92 | 15,990.33 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000000308426 | 2,091.91 |
| **Total:** | **2,091.91** |

---

MESSAGE:

**Philadelphia Corp. for Aging**
642 N. Broad st
Philadelphia, PA 19130

Date 04/13/2018

Advice No. 308426

Deposit Amount: $2,091.91

To The
Account(s) Of
CONSTANCE NECHEL LEWIS-WATSON
180 Widener Street
Philadelphia, PA 19120

Location: Main Office

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ██████████ | 2,091.91 |
| **Total:** | | **2,091.91** |

# NON-NEGOTIABLE

| Philadelphia Corp. for Aging | Pay Group: | PCA PCA Pay Group | Business Unit: PCA01 |
|---|---|---|---|
| 642 N. Broad st | Pay Begin Date: | 03/17/2018 | Advice #: 000000000307773 |
| Philadelphia, PA 19130 | Pay End Date: | 03/30/2018 | Advice Date: 03/30/2018 |

| Constance Nechel Lewis-Watson | Employee ID: 01225 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| 180 Widener Street | Department: 079120S-LTCW 12-Care Mgr Supervisor | Marital Status: | Single | N/A |
| Philadelphia, PA 19120 | Location: Main Office | Allowances: | 4 | 0 |
| | Job Title: Service Coordinator Supervisor | Addl. Pct.: | | |
| | Pay Rate: $74,318.08 Annual | Addl. Amt.: | | |

### HOURS AND EARNINGS / TAXES

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Hours | 38.111837 | 75.00 | 2,858.39 | 495.00 | 18,842.95 | Fed Withholdng | 245.41 | 1,961.30 |
| Gift Card -Gross up w / Taxes | | | 0.00 | | 7.00 | Fed MED/EE | 40.06 | 283.07 |
| Gift Card - Imputed Income | | | 0.00 | | 50.00 | Fed OASDI/EE | 171.32 | 1,210.38 |
| Holiday Hours | | | 0.00 | 30.00 | 1,137.75 | PA Unempl EE | 1.65 | 11.71 |
| On-Call - LTCO | | | 0.00 | | 388.58 | PA Withholdng | 84.83 | 597.25 |
| Speakers Outreach Program | | | 0.00 | | 93.50 | PA PHILA Withholdng | 113.43 | 798.36 |
| Local Travel Exp Reimbursement | | | 0.00 | | 41.86 | | | |
| Travel - Outreach Program | | | 0.00 | | 14.53 | | | |
| Total: | | 75.00 | 2,865.39 | 525.00 | 20,526.17 | Total: | 656.70 | 4,862.07 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Medical Before Tax | 103.24 | 722.68 | | | | Medical Before Tax | 550.46 | 3,853.22 |
| Dental | 4.00 | 28.00 | | | | Dental | 31.13 | 217.91 |
| 403B - Pennserv | 100.00 | 700.00 | | | | Vision | 2.64 | 18.48 |
| Health Care FSA | 45.00 | 315.00 | | | | Prescription Drug Plan | 71.28 | 498.96 |
| | | | | | | PCA Pension Plan | 314.42 | 2,250.90 |
| | | | | | | Employee Assistance Program | 0.00 | 6.60 |
| | | | | | | Group Term Life* | 0.00 | 68.10 |
| | | | | | | Group Term Life | 0.00 | 104.82 |
| | | | | | | Life AD&D | 0.00 | 104.79 |
| | | | | | | Long Term Disability | 0.00 | 169.08 |
| Total: | 252.24 | 1,765.68 | Total: | 0.00 | 0.00 | * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,865.39 | 2,663.15 | 656.70 | 252.24 | 1,956.45 |
| YTD: | 20,526.17 | 18,822.20 | 4,862.07 | 1,765.68 | 13,898.42 |

### NET PAY DISTRIBUTION

| Advice #000000000307773 | 1,956.45 |
|---|---|
| Total: | 1,956.45 |

---

MESSAGE:

**Philadelphia Corp. for Aging**
642 N. Broad st
Philadelphia, PA 19130

Date
03/30/2018

Advice No.
307773

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ~~XXXXXXXXX~~ | 1,956.45 |
| Total: | | 1,956.45 |

**Deposit Amount:** $1,956.45

**To The Account(s) Of**

CONSTANCE NECHEL LEWIS-WATSON
180 Widener Street
Philadelphia, PA 19120

Location: Main Office

# NON-NEGOTIABLE

| Philadelphia Corp. for Aging | | |
|---|---|---|
| 642 N. Broad st | | |
| Philadelphia, PA  19130 | | |

| | | |
|---|---|---|
| | Business Unit: Main | |
| Advice #: | 000000000306470 | |
| Advice Date: | 03/02/2018 | |

| | | |
|---|---|---|
| Pay Group: | | |
| Pay Begin Date: | 02/17/2018 | |
| Pay End Date: | 03/02/2018 | |

| | |
|---|---|
| Constance Nechel Lewis-Watson | |
| 180 Widener Street | |
| Philadelphia, PA  19120 | |

| | |
|---|---|
| Employee ID: | 01225 |
| Department: | 079120S-LTCW 12-Care Mgr Supervisor |
| Location: | Main Office |
| Job Title: | Service Coordinator Supervisor |
| Pay Rate: | $74,318.08 Annual |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 4 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 38.111837 | 67.50 | 2,572.55 | 345.00 | 13,126.17 |
| Holiday Hours | 38.111837 | 7.50 | 285.84 | 30.00 | 1,137.75 |
| On-Call - LTCO | | | 388.58 | | 388.58 |
| Speakers Outreach Program | | | 0.00 | | 93.50 |
| Local Travel Exp Reimbursement | | | 0.00 | | 41.86 |
| Travel - Outreach Program | | | 0.00 | | 14.53 |
| Total: | | 75.00 | 3,246.97 | 375.00 | 14,802.39 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 333.40 | 1,467.98 |
| Fed MED/EE | 45.04 | 203.60 |
| Fed OASDI/EE | 192.58 | 870.58 |
| PA Unempl EE | 1.86 | 8.42 |
| PA Withholdng | 95.01 | 429.34 |
| PA PHILA Withholdng | 126.33 | 573.72 |
| Total: | 794.22 | 3,553.64 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Before Tax | 103.24 | 516.20 |
| Dental | 4.00 | 20.00 |
| 403B - Pennserv | 100.00 | 500.00 |
| Health Care FSA | 45.00 | 225.00 |
| Total: | 252.24 | 1,261.20 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Before Tax | 550.46 | 2,752.30 |
| Dental | 31.13 | 155.65 |
| Vision | 2.64 | 13.20 |
| Prescription Drug Plan | 71.28 | 356.40 |
| Group Term Life | 17.47 | 87.35 |
| Group Term Life* | 11.35 | 56.75 |
| PCA Pension Plan | 357.17 | 1,622.06 |
| Employee Assistance Program | 0.00 | 4.40 |
| Life AD&D | 0.00 | 69.86 |
| Long Term Disability | 0.00 | 112.72 |
| * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,246.97 | 3,006.08 | 794.22 | 252.24 | 2,200.51 |
| YTD: | 14,802.39 | 13,541.55 | 3,553.64 | 1,261.20 | 9,987.55 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000000306470 | 2,200.51 |
| Total: | 2,200.51 |

MESSAGE:

---

| | | |
|---|---|---|
| Philadelphia Corp. for Aging | Date | Advice No. |
| 642 N. Broad st | 03/02/2018 | 306470 |
| Philadelphia, PA  19130 | | |

Deposit Amount:   $2,200.51

To The
Account(s) Of

    CONSTANCE NECHEL LEWIS-WATSON
    180 Widener Street
    Philadelphia, PA  19120

    Location: Main Office

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ███████████ | 2,200.51 |
| Total: | | 2,200.51 |

# NON-NEGOTIABLE

| Philadelphia Corp. for Aging | | | | Business Unit: PCA01 | | |
|---|---|---|---|---|---|---|
| 642 N. Broad st | | Pay Begin Date: 01/20/2018 | | Advice #: | 000000000305177 | |
| Philadelphia, PA 19130 | | Pay End Date: 02/02/2018 | | Advice Date: 02/02/2018 | | |

| Constance Nechel Lewis-Watson | Employee ID: 01225 | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 180 Widener Street | Department: 079120S-LTCW l2-Care Mgr Supervisor | | Marital Status: | Single | N/A |
| Philadelphia, PA 19120 | Location: Main Office | | Allowances: | 4 | 0 |
| | Job Title: Service Coordinator Supervisor | | Addl. Pct.: | | |
| | Pay Rate: $74,318.08 Annual | | Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 38.111837 | 75.00 | 2,858.39 | 202.50 | 7,695.23 |
| Speakers Outreach Program | | | 93.50 | | 93.50 |
| Holiday Hours | | 0.00 | | 22.50 | 851.91 |
| Local Travel Exp Reimbursement | | | 0.00 | | 41.86 |
| Travel - Outreach Program | | | 0.00 | | 14.53 |
| **Total:** | | **75.00** | **2,966.42** | **225.00** | **8,697.03** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 268.48 | 886.67 |
| Fed MED/EE | 40.76 | 119.16 |
| Fed OASDI/EE | 174.28 | 509.51 |
| PA Unempl EE | 1.69 | 4.93 |
| PA Withholding | 85.95 | 251.25 |
| PA PHILA Withholding | 114.85 | 336.18 |
| **Total:** | **686.01** | **2,107.70** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Before Tax | 103.24 | 309.72 |
| Dental | 4.00 | 12.00 |
| 403B - Pennserv | 100.00 | 300.00 |
| Health Care FSA | 45.00 | 135.00 |
| **Total:** | **252.24** | **756.72** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Before Tax | 550.46 | 1,651.38 |
| Dental | 31.13 | 93.39 |
| Vision | 2.64 | 7.92 |
| Prescription Drug Plan | 71.28 | 213.84 |
| Group Term Life | 17.47 | 52.41 |
| Group Term Life* | 11.35 | 34.05 |
| PCA Pension Plan | 324.71 | 950.47 |
| Employee Assistance Program | 0.00 | 2.20 |
| Life AD&D | 0.00 | 34.93 |
| Long Term Disability | 0.00 | 56.36 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,966.42 | 2,711.00 | 686.01 | 252.24 | 2,028.17 |
| YTD: | 8,697.03 | 7,917.97 | 2,107.70 | 756.72 | 5,832.61 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000000305177 | 2,028.17 |
| Total: | 2,028.17 |

---

MESSAGE:

---

Philadelphia Corp. for Aging
642 N. Broad st
Philadelphia, PA 19130

Date
02/02/2018

Advice No.
305177

Deposit Amount: $2,028.17

To The Account(s) Of

CONSTANCE NECHEL LEWIS-WATSON
180 Widener Street
Philadelphia, PA 19120

Location: Main Office

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXX | 2,028.17 |
| Total: | | 2,028.17 |

# NON-NEGOTIABLE