# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Constance N. Lewis aka Constance Lewis-Watson<br>                                    Debtor<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>                                    Movant<br>            vs.<br><br>Constance N. Lewis aka Constance Lewis-Watson<br>                                    Respondent | CHAPTER 13<br><br><br>NO. 18-13013 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Nationstar Mortgage LLC d/b/a Mr. Cooper to Confirmation of Chapter 13 Plan, which was filed with the Court on or about August 10, 2018 (Document No. 18).

                                                            Respectfully submitted,

                                                            **/s/ Kevin G. McDonald, Esquire**
                                                            Kevin G. McDonald, Esquire
                                                            Attorney for Movant
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA  19106
                                                            215-627-1322

August 23, 2018