IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 18-13013-amc |
|---|---|
| CONSTANCE N. LEWIS, | Chapter 13 |
| Debtor, | Related to Doc. No. 20, 23, 26, 28 |
| CONSTANCE N. LEWIS, | |
| Movant, | |
| v. | |
| FIFTH THIRD BANK, | |
| Respondent | |

ORDER OF COURT

AND NOW, this 11th day of December, 2018, upon consideration of the foregoing Stipulation Resolving Motion to Determine Value of Property, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge