United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-13013-amc
Constance N. Lewis                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: May 31, 2019
                              Form ID: 160             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
```
db             +Constance N. Lewis,    180 Widener Street,    Philadelphia, PA 19120-1951
14101985       +Aes/Pheaa Natnl Ln,    Aes/Ddb,   Po Box 8183,    Harrisburg, PA 17105-8183
14101987      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
14161295       +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
14101988       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14160640       +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14101989       +Citicards,   Citicorp Credit Services/Attn: Centraliz,     Po Box 790040,
                 Saint Louis, MO 63179-0040
14111789       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14101993       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14121926       +Nationstar Mortgage d/b/a Mr. Cooper,     P.O. Box 619096,    Dallas, TX 75261-9096
14161328       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14101994       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14101997       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
14112640        U.S. Bank NA dba Elan Financial Services,     Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
14166713        UNITED STATES DEPARTMENT OF EDUCATION,     CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
14101991      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,     Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201)
14101998       +Us Dept Of Ed/Great Lakes Higher Educati,     Attn: Bankruptcy,    2401 Interanational Lane,
                 Madison, WI 53704-3121
14101999      ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,   DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
14164786        Wells Fargo Bank, N.A.,     Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 04:34:34      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14219468        E-mail/Text: megan.harper@phila.gov Jun 01 2019 04:26:53      City of Philadelphia,
                 Law Department   Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14101990       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 01 2019 04:25:37      Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14101992       +E-mail/Text: collectionbankruptcies.bancorp@53.com Jun 01 2019 04:27:12      Fifth Third Bank,
                 Attn: Bankruptcy Department,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
14102862       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 04:45:52
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14161075        E-mail/Text: bnc-quantum@quantum3group.com Jun 01 2019 04:25:38
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14117887        E-mail/Text: bnc-quantum@quantum3group.com Jun 01 2019 04:25:38
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
14101995       +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 04:35:18      Synchrony Bank,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14101996       +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 04:35:18      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14127873       +E-mail/Text: bncmail@w-legal.com Jun 01 2019 04:26:28      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14101986      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: PaulP              Page 2 of 2                   Date Rcvd: May 31, 2019
                              Form ID: 160             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              GEORGETTE    MILLER    on behalf of Debtor Constance N. Lewis info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KERI P EBECK    on behalf of Creditor    Fifth Third Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Constance N. Lewis
    Debtor(s)

Case No: 18–13013–amc

Chapter: 13

___

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 8/6/19

    at: 10:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 5/31/19

For The Court

Timothy B. McGrath
Clerk of Court