# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Constance Lewis | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 18-13013 |

## ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4200.00 and $1050.00 in expenses.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $200.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated: March 7, 2023

cc: Kenneth West
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Constance Lewis
180 Widener Street
Philadelphia, PA 19120