**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Constance N. Lewis                                    Case No: 18−13013−mdc

    Debtor(s)

---

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: 7/3/24

For The Court

Timothy B. McGrath
Clerk of Court

Form 206