United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-13013-mdc
Constance N. Lewis Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jul 03, 2024      Form ID: 206      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Constance N. Lewis, 180 Widener Street, Philadelphia, PA 19120-1951 |
| 14101985 | + | Aes/Pheaa Natnl Ln, Aes/Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 14101999 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14101986 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 04 2024 00:41:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14101987 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 04 2024 00:41:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14161295 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 04 2024 00:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14219468 | | Email/Text: megan.harper@phila.gov | Jul 04 2024 00:42:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14160640 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 04 2024 01:02:59 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14101989 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 04 2024 00:39:19 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14101990 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 04 2024 00:41:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14343420 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 04 2024 00:41:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14111789 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jul 04 2024 00:41:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14101992 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 04 2024 00:42:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 14101988 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 04 2024 01:03:26 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14386091 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 04 2024 00:39:07 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14101993 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 04 2024 00:41:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14121926 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 04 2024 00:41:00 | Nationstar Mortgage d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: 206 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14161328 | + | Email/Text: bncnotifications@pheaa.org | Jul 04 2024 00:41:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14102862 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 04 2024 01:01:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14101994 | + | Email/Text: CollectionsDept@PFCU.COM | Jul 04 2024 00:41:00 | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14117887 | | Email/Text: bnc-quantum@quantum3group.com | Jul 04 2024 00:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14161075 | | Email/Text: bnc-quantum@quantum3group.com | Jul 04 2024 00:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14101995 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 04 2024 01:03:04 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14101996 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 04 2024 01:16:03 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14127873 | + | Email/Text: bncmail@w-legal.com | Jul 04 2024 00:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14101997 | + | Email/Text: bncmail@w-legal.com | Jul 04 2024 00:41:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14112640 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 04 2024 00:42:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14166713 | | Email/Text: electronicbkydocs@nelnet.net | Jul 04 2024 00:42:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14101991 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 04 2024 00:42:00 | Elan Financial Service, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14101998 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 04 2024 00:42:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 Interanational Lane, Madison, WI 53704-3121 |
| 14164786 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 04 2024 01:02:26 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Constance N. Lewis bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Fifth Third Bank kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor MidFirst Bank philalaw@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Constance N. Lewis                              Case No: 18−13013−mdc

    Debtor(s)

_____

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

                                                            For The Court

Dated: 7/3/24                                                Timothy B. McGrath
                                                            Clerk of Court

Form 206