Certificate Number: 14912-PAE-DE-037622984

Bankruptcy Case Number: 18-13013



14912-PAE-DE-037622984

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 26, 2023, at 11:05 o'clock AM EDT, Constance Lewis completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 26, 2023                By:   /s/Jai Bhatt

                                     Name: Jai Bhatt

                                     Title: Counselor