**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  Constance Lewis** | : | **CHAPTER  13** |
| | : | |
| **DEBTOR(S),** | : | **CASE NO. 18-13013** |

**PRAECIPE TO WITHDRAW**

To the Clerk,

    Kindly withdraw Debtor's Motion to Reinstate case filed on December 11, 2024, docket number 79.

Dated:  December 11, 2024                    Respectfully Submitted,

                                                  /s/ Michelle Lee

                                                  Michelle Lee, Esq.
                                                  Dilworth Paxson LLP
                                                  1650 Market Street, Suite 1200
                                                  Philadelphia, PA 19103

{00362533;v1}