# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Constance Lewis,    CHAPTER 13

Debtor(s),    CASE NO. 18-13013

## ORDER

And NOW this, _____, upon consideration of Debtor's Motion to Reopen Case to Grant Debtor A Discharge and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that case 18-13013 shall be re-opened to issue an Entry of Discharge Order.

_____
Honorable Bankruptcy Judge

Date:
**Date: February 14, 2025**